NOT FOR PUBLICATION                                                CLOSED

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNNIE L. WILLIAMS,  :  :  :  Plaintiff,  :  :  v.  :  :  CITY OF ELIZABETH, ATHANASIOS  :  MIKROS, AND JAMES DIORO  :  :  Defendants,  : | Civil Action No. 07-2376 (SDW)  **ORDER**  June 23, 2008 |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION
### OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Madeline C. Arleo, filed June 10, 2008. The Court having received no objections to the Report and Recommendation; and the Court having reviewed the Report and Recommendation, as well as the other documents on file on this matter; and for good cause shown;

It is on this 23rd day of June 2008, **ORDERED** that the Report and Recommendation of Magistrate Judge Arleo, filed June 10, 2008, is hereby **ADOPTED** as the facts and conclusions of law of this Court.[1]

---

[1] The Court attempted to forward Orders to Plaintiff at multiple addresses. A few were returned as undelivered. It is uncertain whether Plaintiff received all correspondence from the Court, but no other alternative address has been provided and Plaintiff has failed to contact the Court. As such, contrary to the Report and Recommendation, the Court will dismiss Plaintiff's complaint without prejudice.

Plaintiff's complaint is hereby **DISMISSED** without prejudice.

**SO ORDERED.**

s/ Susan D. Wigenton, U.S.D.J.

Orig:   Clerk
cc:     Judge Arleo
        Parties